MACHADO & CO. *v.* UNITED STATES

No 5318.—Invoice dated Buenaventura, Colombia, March 15, 1937.
Certified March 22, 1937.
Entered at New York April 1, 1937.
Entry No. 847328.

(Reap. Dec. 5131 decided on remand June 18, 1941)

*Strauss & Hedges; Barnes, Richardson & Colburn*, associate counsel (*Samuel M. Richardson* of counsel), for the plaintiffs.

*Charles D. Lawrence*, Acting Assistant Attorney General (*William J. Vitale*, special attorney), for the defendant.

TILSON, Judge: Following the judgment of the Appellate Division dated February 21, 1941, this appeal is hereby dismissed. Judgment will be rendered accordingly.